**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| KATHLEEN WILER,<br><br>　　　　　Plaintiffs,<br>v.<br><br>KENT STATE UNIVERSITY,<br><br>　　　　　Defendant. | Case No. |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5(h), Karen Lefton, counsel for the Plaintiff, respectfully moves this Court to admit *pro hac vice* attorney Beatriz Mate-Kodjo of the firm Newkirk Zwagerman, P.L.C., 521 E Locust, Suite 300, Des Moines, IA 50309, and to grant Ms. Mate-Kodjo leave to actively participate in all proceedings in connection with the above-captioned matter on behalf of the Plaintiff.

Beatriz Mate-Kodjo, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of the named Plaintiff. Ms. Mate-Kodjo states that she is a member in good standing of the bar of the Iowa Supreme Court and has been so since September 18, 2014. Her state bar registration number is AT0012331. A certificate of good standing issued within the last ninety days is attached to this Motion. Ms. Mate-Kodjo is also admitted to practice in the Northern District of Iowa, the Southern District of Iowa, the Eastern District of Michigan, and the Sixth Circuit Court of Appeals. Ms. Mate-Kodjo has never been subject to any disciplinary actions of any kind by any court, state, territory, or District of Columbia. Ms. Mate-Kodjo agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the U.S. District Court for the Northern District of Ohio in

connection with her *pro hac vice* representation in the case. For these reasons, counsel for the Plaintiff respectfully requests that the Court grant this Motion.

        Respectfully submitted,

        __/s/ *Karen C. Lefton*

        Karen Lefton (0024522)
        karen@theleftongroup.com
        The Lefton Group, LLC
        3480 West Market Street, Suite 304
        Akron, Ohio 44333
        Phone: 330-864-2003

        and

        NEWKIRK ZWAGERMAN, P.L.C.

        Beatriz Mate-Kodjo AT0012331
        *(pro hac vice pending)*
        bmate-kodjo@newkirklaw.com
        521 E. Locust Street, Suite 300
        Des Moines, IA 50309
        Telephone: 515-883-2000
        Fax: 515-883-2004

        ATTORNEYS FOR PLAINTIFF