IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN WILER<br><br>       Plaintiff,<br><br>  v.<br><br>KENT STATE UNIVERSITY,<br><br>       Defendant. | Case No. 5:20-cv-490 |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to N.D. Ohio Local Rule 83.5(h), Danya Keller, co-counsel for Plaintiff in the above-captioned matter, hereby moves the Court to be admitted *pro hac vice* and participate as counsel or co-counsel for Plaintiff in this case.

Attorney Keller was admitted to the Iowa bar on September 18, 2014, and her Iowa Attorney ID number is AT0012300.  Ms. Keller is also admitted to practice in the Northern District of Iowa, the Southern District of Iowa, the Eastern District of New York, and the Western District of North Carolina.  Ms. Keller has never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States, nor has she ever been reprimanded by any court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Ms. Keller understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

Ms. Keller's contact information is as follows:

    Business address:    Newkirk Zwagerman, P.L.C.
                                   521 E. Locust, Suite 300
                                   Des Moines IA .50309

    Business phone:     (515) 883-2000

   Business fax:   (515) 883-2004

   Email address:  dkeller@newkirklaw.com

In addition, pursuant to N.D. Ohio Local Civil Rule 83.5(h), Caryn M. Groedel of Caryn Groedel & Associates Co., LPA, a member of the permanent bar of this Court, is designated to act as local counsel.

WHEREFORE, Danya Keller, counsel for Plaintiff in the above-captioned case, respectfully requests the Court admit her *pro hac vice*, and permit her to participate as counsel or co-counsel for Plaintiff in this case.

               Respectfully submitted,

               */s/ Caryn M. Groedel*_____
               Caryn Groedel (0060131)
               *cgroedel@groedel-law.com*
               Caryn Groedel & Associates Co., LPA
               31340 Solon Road, Suite 27
               Cleveland OH 44139
               Phone: 440-544-1122
               Fax:  440-996-00645

               One of Plaintiff's attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on October 7, 2020, via the CM/ECF system, which will provide service upon all counsel of record.

               */s/ Caryn M. Groedel* _____
               Caryn M. Groedel