# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| KATHLEEN WILER,<br><br>    Plaintiff,<br><br>v.<br><br>KENT STATE UNIVERSITY,<br><br>    Defendant. | Case No. 5:20-cv-490<br><br><br><br>**AFFIDAVIT OF DANYA KELLER** |

Before me, the undersigned authority, personally appeared Danya Keller, who upon first being duly sworn an oath, deposes and says:

1. My name is Danya Keller. I am employed by Newkirk Zwagerman, P.L.C in Des Moines, Iowa, as an associate.

2. I am admitted to practice in the following courts:

    a. Northern District of Iowa

    b. Southern District of Iowa

    c. Eastern District of New York (*pro hac vice*)

    d. Western District of North Carolina (*pro hac vice*)

3. I certify that I am currently in good standing and that my license is not under suspension or disbarment by any court.

4. I certify that none of the licenses of the attorneys of my firm are under suspension or disbarment.

1

5. I hereby designate Caryn Groedel as associate counsel in the above-captioned case.

6. Attorney Groedel practices with Caryn Groedel & Associates Co., LPa, and is a member of the Ohio Bar with office space within the state of Ohio.

_____
Danya Keller

Subscribed and sworn to before me this 28 day of September, 2020.

_____
Notary Public in and for State of Iowa

JORDAN MINER
Commission Number 812637
My Commission Expires
9-13-21