**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| KATHLEEN WILER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 5:20-cv-00490 |
| v. | ) |
| | ) |
| KENT STATE UNIVERSITY, | ) JUDGE J. PHILIP CALABRESE |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION OF DEFENDANT KENT STATE UNIVERSITY FOR SUMMARY
JUDGMENT ON THE AMENDED COMPLAINT OF PLAINTIFF KATHLEEN WILER**

Defendant, Kent State University ("Kent State" or the "University"), by and through undersigned counsel and pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for an order granting summary judgment in favor of the University on all remaining claims for relief asserted in the Amended Complaint of Plaintiff Kathleen Wiler.

Pursuant to Fed. R. Civ. P. 56(c), Kent State respectfully directs the Court's attention to its attached Memorandum of Points and Authorities, as well as to the following evidentiary materials previously filed with the Clerk of Court:

- The October 27, 2021 Deposition of Brice Biggin, with Exhibits A-D (Doc #: 46);

- The October 20, 2021 Deposition of Amy Densevich (Doc #: 47);

- The November 16, 2021 Deposition of Don Gromala (Doc #: 48);

- The October 29, 2021 Deposition of Rob Marinaro (Doc #: 49);

- The September 10, 2021 Deposition of Kathleen Wiler, with Exhibits A-BBBB (Doc #: 50);

- The April 21, 2021 Responses of Plaintiff Kathleen Wiler to the First Interrogatories of Defendant Kent State University (Doc #: 51); and

- The November 30, 2021 Declaration of Joel Nielsen, with Exhibits A-PPP (Doc #: 52).

Dated: December 3, 2021                    Respectfully submitted,

                                                  DAVID A. YOST (0056290)
                                                  Attorney General of Ohio

                                                  */s/ Daniel J. Rudary*
                                                  Daniel J. Rudary (0090482)
                                                  **BRENNAN, MANNA & DIAMOND, LLC**
                                                  75 E. Market Street
                                                  Akron, OH  44308
                                                  Phone:     (330) 253-5060
                                                  Fax:       (330) 253-1977
                                                  E-mail:    djrudary@bmdllc.com

                                                  *Special Counsel for Defendant Kent State University*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Daniel J. Rudary*
*Special Counsel for Defendant Kent State University*

4860-9285-6069, v. 1