Contract Term:  3 years

Base Salary: 80,000 per year

Bonus Structure:
MAC Regular Season: 2,000
MAC Tournament wins: 500 per
MAC Tournament Champ Game:  500
MAC Tournament Champ: 2,000
Top 20 RPI wins: 500 per
Top 20 RPI final ranking: 1,000
All MAC Academic: 250 per
Academic All American: 1,500 per
All MAC 1st Team: 500 per
MAC POY: 1,000
MAC FOY: 750
NFHCA Regional All America Team: 1,000 per
NFHCA All America Team: 1,500 per
MAC COY: 1000
NFHCA Regional COY: 2,000
NFHCA National COY 5,000
NCAA Tournament 1st Round: 3,000
NCAA 2nd Round: 5,000
NCAA Final Four: 7,500
NCAA National Championship game: 10,000
NCAA Champ: 25,000
Team Semester GPA 3.0+: 500
Team APR 990+: 1,000
 * All bonus money shall be cumulative.

 * KSU base salary guaranteed to rank in top 2 of MAC for length of contract

* Annual merit increases will be no less than 2% annually.  Annual COL increases will mirror the current faculty contract.

Buyout:

*Blanket release to talk with schools ranked higher than KSU in final RPI rankings.

*Can accept position without penalty at higher RPI ranked school or school who offer total compensation package higher than that final offer by KSU.  MAC schools are excluded from this clause.

* All penalties will become null and void in last contract year.

* All penalties become null and void if KW accepts position outside coaching

**EXHIBIT 2**

**11/17/2021**

MARIA L. TAYLOR, RPR, CSR, CCR

**PL 127**