# OHIO CIVIL RIGHTS COMMISSION
## CHARGE OF DISCRIMINATION
### EMPLOYMENT

Agency Use Only: FEPA / EEOC

CHARGE NUMBER: (Agency Use Only)

**Name of Charging Party (First Middle Last)**: Kathleen Schanne Wiler
**Address**: 621 Park Ave.
**City**: Kent  **State**: OH  **Zip Code**: 44240
**Telephone Number**: 330-807-6406
**Date(s) of Discrimination**: Currently on-going

**Name of Company**: Kent State University
**Address**: 800 E. Summit Street
**County**: Portage  **City**: Kent  **State**: OH  **Zip Code**: 44240
**Telephone Number**: 330-672-2982
**Total Number of Employees**: 5,200  **Date of Hire**: Feb. 2006

### I believe I was discriminated against because of my: (Please identify)

- Race/Color
- **Sex -- Female**
- Religion
- National Origin/Ancestry
- Disability
- Retaliation
- Military Status
- Age (Over 40 years old only - List Date of Birth)

FOR AGE CASES ONLY: I have not commenced any action under sections 4112.14 or 4112.02(N), Revised Code with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

### Type of Discrimination:

- Demotion
- Failure to Hire
- Layoff
- Discharge/Termination
- Forced to Resign
- Promotion
- Discipline
- Harassment/Sexual Harassment
- Reasonable Accommodation

**Other (Specify)**: Being paid less than men in substantially similar positions.

**Please write a brief but detailed statement of the facts that you believe indicate an unlawful discriminatory practice. Please write legibly.**

- 1. I have been employed as the head coach for women's field hockey since 2006. Of the 26 head coaches of various sports since then, only 5 have been women. I am paid less than every other head coach, except two, both of whom have far less experience and success than I have. I am sixth in seniority, 12th in base pay. When performance bonuses are factored in, my total earned income for 2016 (the most recent year figures are available) is at the rock bottom for all head coaches, despite the fact that I am the winningest – having won MAC coach of the year, MAC championship, MAC tournament championship and NCAA appearance that year. (The only other head coach who performed as well, Herb Page, in men's golf, had total compensation that was more than twice mine in 2016 -- $191,587 for him compared to $85,496 for me.) Over my 11-year head coaching career at KSU, I have been MAC coach of the year five times, MAC regular season champions eight times, and MAC tournament champions five times – ranking me in the top three of all head coaches during that period. [See Chart A attached, KSU coach salaries, accomplishments 2016.]

- 2. My situation is illustrative of a pervasive pattern of discrimination against women in the Athletics Department at KSU. Of the 42 people in the Athletics Department who earn $50,000 or more in base pay annually, only five are women (11 percent). Of the 87 people in the Athletics Department with base pay of less than $50,000 annually, 44 are women (50.5 percent). [See Chart B attached, KSU Athletics Department base pay. (Names highlighted in yellow are of women.)]

- 3. Knowing the disparity in pay, I sought to negotiate a fair raise, based on performance and accomplishments of my team and myself on the field. The director of athletics declined to discuss my contract or my compensation with me. I was told to "take it or leave it," resulting in yet another coaching contract that continues to pay me less than the male coaches of similarly significant sports. I believe that KSU does negotiate with the male coaches and adjusts compensation and/or incentive bonuses upwards when requested. KSU declined to do so with me, the sole female head coach on the staff at the time. [See my current coaching contract attached, marked "Ex. C."]

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency(ies) if I change my address or telephone number and that I will cooperate fully with them in the processing of my charge in accordance to their procedures.

X Kathleen Wiler  8/28/17
Charging Party Signature  Date

Notary or Ohio Civil Rights Commission Representative
KAREN CHUPARKOFF LEFTON, Attorney-At-Law
Notary Public - State of Ohio
Subscribed and sworn to ... day of August, 2017
Sec. 147.03 R.C.

Notary or Commission Representative

PL 62

Ex. 11