IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN WILER, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED FEMALE COACHES, ADMINISTRATORS AND ACADEMICS CHALLENGING PAY EQUITY;<br><br>Plaintiff,<br><br>vs.<br><br>KENT STATE UNIVERSITY,<br><br>Defendant. | CASE NO. 5:20-CV-00490-JPC<br><br>JUDGE J. PHILIP CALABRESE<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>ORDER |

A mediation was held via videoconference on Tuesday, January 10, 2023, and was thereafter continued to January 17, 2023. The parties have since reported reaching a settlement agreement. Accordingly, the mediation conference scheduled for January 17, 2023 at 2:00 p.m. is canceled.

The mediation referral is terminated. The parties shall file a joint stipulated entry of dismissal with prejudice within thirty days.

IT IS SO ORDERED.

Dated: January 17, 2023

                                                        /s/ *Amanda M. Knapp*
                                                        AMANDA M. KNAPP
                                                        UNITED STATES MAGISTRATE JUDGE